UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ELIAS HERNANDEZ, JR., | § § § | |
| Petitioner, | § | |
| VS. | § § | CIVIL ACTION NO. C-07-457 |
| | § | |
| NATHANIEL QUARTERMAN, | § § | |
| Respondent. | § § | |

| | | |
|---|---|---|
| ELIAS HERNANDEZ, JR., | § § § | |
| Petitioner, | § | |
| VS. | § § | CIVIL ACTION NO. C-08-37 |
| | § | |
| Director, TDCJ-CID, | § § | |
| Respondent. | § § | |

## ORDER GRANTING MOTIONS TO CONSOLIDATE

Pending are respondent's motions to consolidate these two cases (D.E. 12 in 07cv457; D.E. 9 in 07cv37). These are two habeas petitions challenging the same conviction, a March 3, 2006, Nueces County conviction for Aggravated Assault. Consolidation would avoid needless duplication of the state court record and would serve the interests of justice. FED. R. CIV. P. 42(a). Accordingly, the motions to consolidate are granted. All future pleadings shall be filed in the lead case, C-07-457.

ORDERED this 27th day of March, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE